IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CATHERINE CARMINO,<br><br>　　Plaintiff,<br><br>v.<br><br>RONNIE KIPRONO<br><br>and<br><br>REAL DEAL TRANSPORT, LLC,<br><br>　　Defendants | Case No:  1:22-cv-2245 |

## NOTICE OF REMOVAL

Defendant, Real Deal Transportation, LLC, improperly sued herein as Real Deal Transport, LLC, ("Real Deal") by and through its undersigned counsel, hereby gives notice of removal of the above action from the Circuit Court for Baltimore City, Maryland ("Circuit Court"), to the United States District Court for the District of Maryland, pursuant to 29 U.S.C. §§ 1332(a), 1441 and 1446. As set forth below, this Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332. All requirements for the removal of this action are met through the allegations contained in the pleadings filed in this Circuit Court and in this Notice of Removal.

In support of this Notice of Removal, Real Deal states as follows:

1. There is pending in the Circuit Court for Baltimore City, Maryland, a Complaint styled *Catherine Carmino v. Ronnie Kirono and Real Deal Transport, LLC,* Case No. 24-C-22-002995 ("State Court Action"). The Complaint in the State Court Action was filed on or about July 6, 2022. A copy of the Complaint is attached hereto as Exhibit A.

2. This Defendant was served with the summons and complaint in the State Court Action on August 8, 2022. To this Defendant's knowledge, the co-defendant in this matter has not yet been served with process in the State Court Action.

3. This Notice of Removal is filed within thirty (30) days of the date on which Defendant first received a copy of the Complaint and is therefore timely under 28 U.S.C. § 1446(b),

4. The State Court Action is properly removed under 28 U.S.C. § 1441(a) because the State Court Action is subject to the original jurisdiction of the Court pursuant to 28 U.S.C. § 1332, as explained below.

5. Plaintiff is a resident of Clementon, New Jersey. *See* Exhibit A, ¶ 1.

6. Real Deal is a Limited Liability Company organized and existing under the laws of the State of Texas with its principal place of business in Texas. *See* Texas Secretary of State printout, attached as Exhibit B. The co-defendant is alleged to be a resident of Winston Salem, NC. See Exhibit A. Accordingly, there is complete diversity of citizenship between the parties and no defendant is a citizen of the State of Maryland.

7. Plaintiff's Complaint seeks compensatory damages in an amount in excess of $75,000. *See* Exhibit A, p. 6.

8. This action is properly removed on grounds of diversity of citizenship because (a) complete diversity of citizenship exists between Plaintiff and all named defendants and (b) the amount in controversy herein exceeds the sum or value of $75,000.

9. Written notice of the filing of this Notice of Removal will promptly be given to Plaintiff and the Clerk of the Circuit Court for Baltimore City, Maryland, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant, Real Deal respectfully requests that this case proceed before this Court as an action properly removed.

Respectfully submitted,

_____
George D. Bogris, Esquire (Fed Bar # 10458)
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
1447 York Road, Suite 610
Lutherville, Maryland 21093
Tel: 410.583.8081
Fax: 410.821.1608
Email: gbogris@defensecounsel.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of September, 2022, a true and correct copy of the foregoing Notice of Removal and exhibits thereto were filed and served on counsel of record for all parties via the Court's CM/ECF system, and that a copy of the documents can be obtained from that site.

_____
George D. Bogris, Esquire (Fed Bar #10458 )